GORDON RENEGAR, Respondent, *v.* HARRY W. BARRY, Appellant.

Submitted November 21, 1938; decided November 29, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 279 N. Y. 605.)

P. DELANY AND COMPANY, Respondents, *v.* ROSANNA DUVOLI et al., Defendants; FRANCES M. LOBES, Appellant, and LOUIS ARGENIO et al., Respondents.

Submitted November 21, 1938; decided November 29, 1938.

Motion for reargument of motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 278 N. Y. 328, 715.)